IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | Case No. 1:19-cr-30; 1:19-cr-53 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | **Order Denying Motion for** |
| Zachary A. Stinson, | : | **Reconsideration** |
| | : | |
| Defendant. | : | |

This matter is before the Court on Defendant Zachary Stinson's pro se Motion for

Reconsideration of the Court's denial of his Motion for Compassionate Release.[1]  (Case No.

1:19-cr-30, Doc. 56; Case No. 1:19-cr-53, Doc. 39.)  Stinson argues that the effect of COVID-19

policies on his ability to earn sentence credits and the application of a pseudo count improperly

increased his sentence.  He contends that he should be subjected to a lower Sentencing Guideline

range, which would tip the 18 U.S.C. § 3553(a) factors in his favor.

The Court thoroughly considered and rejected Stinson's arguments that altered prison

policies during the pandemic and application of a pseudo count in this case constitute an

extraordinary and compelling reason for his release.  The counterpoints Stinson attempts to raise

now in response to the Court's ruling do not alter the Court's conclusions.

Furthermore, the Court also determined that the 18 U.S.C. § 3553(a) were considered at

the initial Sentencing Hearing and its conclusions have not changed.  The Court emphasized that

it believes Stinson remains an ongoing risk to children, as he admitted to travelling across state

lines multiple times to sexually abuse minors.  The Court also heavily considered the impact of

Stinson's conduct on the victims in this case, as one victim's mother described her son's life as a

---

[1] On September 13, 2022, the Court denied Stinson's Motion for Compassionate Release, which was filed in each of his criminal cases.  (Case No. 1:19-cr-30, Doc. 55; Case No. 1:19-cr-53, Doc. 38.)

"nightmare" following the sexual abuse by Stinson.  As it did in denying Stinson's Motion for

Compassionate Release, the Court stands behind its decision that Stinson serve his justified

sentence, which was below his Sentencing Guideline range.

Stinson's Motion for Reconsideration (Case No. 1:19-cr-30, Doc. 56; Case No. 1:19-cr-

53, Doc. 39) is **DENIED**.

**IT IS SO ORDERED**.

S/Susan J. Dlott
Susan J. Dlott
United States District Judge

2